FILED
May 08, 2006
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0000466970

3

T. SCOTT BELDEN, CSB NO. 184387
LISA A. HOLDER, CSB NO. 217752
KLEIN, DENATALE, GOLDNER,
   COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309
P.O. Box 11172
Bakersfield, California 93389-1172
Telephone: (661) 395-1000
Facsimile: (661) 326-0418

Attorneys for Randell Parker, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

In re:

ROBERT M. MOSELEY, III,

    Debtor.,

Case No. 05-61499-A-7

Chapter 7

DC No. KDG-4

Date: April 26, 2006
Time: 10:00 a.m.
Place: U.S. Bankruptcy Court
      1300 18th Street, Suite A
      Bakersfield, California
Judge: Whitney Rimel

## NOTICE OF ENTRY OF ORDER EXTENDING TIME TO OBJECT TO DISCHARGE FOR ADDITIONAL SIXTY DAYS TO AND INCLUDING JUNE 6, 2006

TO DEBTOR AND HIS ATTORNEY OF RECORD, THE UNITED STATES TRUSTEE, ALL CREDITORS, AND PARTIES REQUESTING SPECIAL NOTICE:

**NOTICE IS HEREBY GIVEN** that the Order Extending Time to Object to Discharge for Additional Sixty Days to and Including June 6, 2006 was entered by the Honorable Whitney Rimel, on May 3, 2006. A copy of the Order is attached hereto as Exhibit "A".

Dated: May 5, 2006

          KLEIN, DeNATALE, GOLDNER,
          COOPER, ROSENLIEB & KIMBALL, LLP

          By /s/ T. Scott Belden
          T. SCOTT BELDEN, Attorneys for
          Randell Parker, Chapter 7 Trustee

00374009.000.DOC           1

FILED
MAY - 3 2006
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

2

T. SCOTT BELDEN, CSB NO. 184387
LISA A. HOLDER, CSB NO. 217752
KLEIN, DENATALE, GOLDNER,
　COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309
P.O. Box 11172
Bakersfield, California 93389-1172
Telephone: (661) 395-1000
Facsimile: (661) 326-0418

Attorneys for Randell Parker, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>ROBERT M. MOSELEY, III,<br><br>Debtor., | Case No. 05-61499-A-7<br><br>Chapter 7<br><br>DC No. KDG-4<br><br>Date: April 26, 2006<br>Time: 10:00 a.m.<br>Place: U.S. Bankruptcy Court<br>　　　　1300 18th Street, Suite A<br>　　　　Bakersfield, California<br>Judge: Whitney Rimel |

**ORDER EXTENDING TIME TO OBJECT TO DEBTOR'S DISCHARGE FOR ADDITIONAL SIXTY DAYS TO AND INCLUDING JUNE 6, 2006**

The Motion for Order Extending Time to Object to Debtor's Discharge for Additional Sixty Days to and Inclduing June 6, 2006 filed by Randell Parker, Chapter 7 Trustee ("the Trustee") came on regularly for hearing before the Honorable Whitney Rimel, United States Bankruptcy Judge, on April 26, 2006, in the above entitled Court. The Court, having reviewed the Motion and papers filed in support of the Motion, considering the arguments of counsel and good cause appearing therefor,

IT IS ORDERED that:

1. the Motion for Order Extending Time to Object to Debtor's Discharge for Additional Sixty Days to and Including June 6, 2006 is granted;

RECEIVED
May 01, 2006
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0000461923

33

2. the time for the Trustee to object to Debtor's discharge is extended for an additional 60 days to and including June 6, 2006.

Dated: 5/3/06

_____
WHITNEY RIMEL
UNITED STATES BANKRUPTCY JUDGE

Respectfully Submitted by:

KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB, & KIMBALL, LLP

By /s/ T. Scott Belden
T. SCOTT BELDEN, Attorneys for
Randell Parker, Chapter 7 Trustee

KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 CALIFORNIA AVENUE, SECOND FLOOR
BAKERSFIELD, CALIFORNIA 93309