

**UNITED STATES BANKRUPTCY COURT**
Eastern District of California

United States Courthouse
2500 Tulare Street, Suite 2501
Fresno, CA 93721-1318

(559) 499-5800
www.caeb.uscourts.gov
M-F 9:00 AM – 4:00 PM

**FILED**

**6/13/06**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

auto

## DISCHARGE OF DEBTOR

Case Number:　05-61499 - A - 7

Debtor Name(s), Social Security Number(s), and Address(es):

Robert M. Moseley III
xxx-xx-8740

4200 Boise St #11A
Bakersfield, CA 93306

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

Dated:
6/13/06

For the Court,
Richard G. Heltzel , Clerk

FORM L55
(Continued)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person (or persons) named as the debtor (or debtors). It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a discharged debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. In a case involving community property, there are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.

### Debts that are Not Discharged

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

  a. Debts for most taxes;
  b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);
  c. Debts that are domestic support obligations;
  d. Debts for most student loans;
  e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
  f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
  g. Some debts which were not properly listed by the debtor;
  h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;
  i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and
  j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**NOTE: The granting of this discharge does not affect any pending or subsequently filed complaints to determine the dischargeability of specific debts under 11 U.S.C. § 523.**

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**BAE SYSTEMS**
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0972-1         User: admin              Page 1 of 2              Date Rcvd: Jun 13, 2006
Case: 05-61499               Form ID: 155             Total Served: 87
```

```
The following entities were served by first class mail on Jun 15, 2006.
db           +Robert M. Moseley, III,    4200 Boise St #11A,   Bakersfield, CA 93306-1165
aty           Becket And Lee,    PO Box 3001,   Malvern, PA 19355-0701
aty          +Lisa Holder,    4550 California Ave 2nd Fl,   Bakersfield, CA 93309-7012
aty          +Steven M. Stanley,    1801 Oak St #151,   Bakersfield, CA 93301-3035
aty          +T. Scott Belden,    4550 California Ave 2nd Fl,   Bakersfield, CA 93309-7012
tr           +Randell Parker,    3820 Herring Rd,   Arvin, CA 93203-9661
14445874     +Alta Window Solution Specialists,    c o Jonathan Neil Associates Inc,    P O Box 7000,
               Tarzana CA 91357-7000
14445875     +Alta Window Solution Specialists,    P O Box 512678,   Los Angeles CA 90051-0678
14445877      American Express,    P O Box 287817,    Ft Lauderdale FL 33329-7817
14445876     +American Express,    c o GC Services LP,    PO Box 39050,   Phoenix AZ 85069-9050
14623296      American Express Bank,    c/o Becket and Lee,    PO Box 3001,   Malvern PA 19355-0701
14445878     +Apogee Art Services,    4560 36th St,   Orlando FL 32811,   Orlando FL 32811-6526
14445879      Art Classics Ltd,    c o CCC of NY,    P O Box 740,   Buffalo NY 14217-0740
14445880     +Arteriors Home,    4430 Simonton Road,    Dallas TX 75244-5213
14445882     +C R Laine Furniture,    c o Alan L Brodkin Associates,    15500 B Rockfield Blvd,
               Irvine CA 92618-2722
14445884      CCB Credit Services Inc,    P O Box 272,   Springfield IL 62705-0272
14606544     +Chase Bank USA,    c/o Weinstein and Riley,    2101 4th Ave #900,   Seattle WA 98121-2339
14445886     +Christopher Radkon Starad,    c o Steven R Hrdlicka Associates,    2115 Kern Street Ste 206,
               Fresno CA 93721-2113
14445888      CitiBusiness Card,    P O Box 6309,   The Lakes NV 88901-6309
14445887      Citibank,    c o Hunt henriques,    151 Bernal Rd Ste 8,   San Jose CA 95119-1306
14445889      Cooper Classics,    P O Box 890061,   Charlotte NC 28289-0061
14445890     +Department 56 Inc,    PO Box 9152,   Minneapolis MN 55480-9152
14445891     +Dr Livingstone I Presume,    Attn Sarah Moncivais,    1502 E Irving Blvd,   Irving TX 75060-4412
14445892      Dr Livingstone I Presume,    c o Credit Management Services,    P O Box 931,
               Brookfield WI 53008-0931
14445893      Emissary Trading Co,    c o OSI Collection Services Inc,    P O Box 258011,
               Valley View OH 44125-8011
14445894      Especially for You Limited,    251 Industrial Drive,    Coloma WI 54930-8845
14445895     +Especially for You Ltd,    c o The Pollex Law Office of,    LaRowe Gerlach Roy S C,
               Post Office Box 255,    Friendship WI 53934-0255
14445896     +Evans Designs Inc,    P O Box 1212,   Healdsburg CA 95448-1212
14445898      Fine Art Lamps,    c o CST Co,    P O Box 33127,   Louisville KY 40232-3127
14445897     +Fine Art Lamps,    5770 Miami Lakes Drive E,    Miami Lakes FL 33014-2418
14445899      First National Bank Omaha,    P O Box 2814,   Omaha NE 68103-2814
14606569     +First National Bank of Omaha,    1620 Dodge St,   Omaha NE 68197-0002
14445900      Fleet Credit Card Services,    P O Box 1070,   Newark NJ 07101-1070
14445901      Fleet Management,    PO Box 9010,   Des Moines IA 50368-9010
14445902     +Ganz,    60 Industrial Parkway,    Cheektowaga NY 14227-2713
14445903     +Home Comfort Inc,    P O Box 80999,   Atlanta GA 30366-0999
14445904     +Homefires,    P O Box 81487,   Atlanta GA 30366-1487
14445905     +John-Richard,    306 Eastman,   Greenwood MS 38930-7013
14684191     +Joyce Gilbraith,    3901 Union Ave Unit 24,    Bakersfield CA 93305-2432
14445906      La Maison Klanik,    2055 Dagenis Quest,    Quebec Canada h715v1
14445907      Labor Ready,    P O Box 9000,   Tacoma WA 98401
14445908     +Le Fer Forge Drapery,    4629 SW 74th Avenue,    Miami FL 33155-4411
14445909     +Le Fer Forge Drapery Hardware,    c o Nicolas J Gutierrez Jr Esq,    2665 South Bayshore Drive,
               Grand Bay Office Plaza Ste 701,    Miami FL 33133-5448
14445910     +Lyon Collection Services Inc,    330 Seventh Avenue,    New York NY 10001-5081
14445914      MBNA,    Platinum Plus for Business,    P O Box 15469,   Wilmington DE 19886-5469
14445912     +Mamma Ro,    c o Cohen Pierce Betz,    P O Box 358,   Farmingdale NY 11735-0358
14445911      Mamma Ro,    1801 N W Upshur St 100,    Portland OR 97209
14445913     +Masland Carpets Inc,    PO Box 11467,   Mobile AL 36671,   Mobile AL 36671-0467
14445915      Mera Vic,    c o STA International,    P O Box 66458,   Chicago IL 60666-0458
14445917     +Mission Bank,    P O Box 317,   Bakersfield CA 93302-0317
14445918     +Moe s Home Collection,    1099 Essex Avenue 1st Floor,    Richmond CA 94801-2112
14445919     +NAPCO Marketing Corp,    c o Alan L Brodkin Associates,    15500 B Rockfield Blvd,
               Irvine CA 92618-2722
14445920     +Nova,    P O Box 9599,   Knoxville TN 37940-0599
14624282     +Nova Information Systems, Inc.,    Attn: Recovery Dept,    7300 Chapman Hwy,
               Knoxville TN 37920-6612
14445921     +Oggetti,    48 N W 25th Street,    Miami FL 33127-4442
14445923      Priviledge Inc,    c o John D Carlson,    1522 18th Street Ste 209,   Bakersfield CA 93301-4432
14445922      Priviledge International Inc,    6236 South Gramercy Place,    Los Angeles CA 90047-1305
14445924     +Raquel s Collection Inc,    57 Denton Avenue,    Garden City Park NY 11040-4047
14445925      Receivables Control Corporation,    P O Box 9658,   Minneapolis MN 55440-9658
14445926      Roma Moulding Inc,    360 Hanlan Road,    Woodbridge Ontario,    Canada L4L 3P6
14445928      Roost,    c o NCO Financial Systems,    P O Box 41593,   Philadelphia PA 19101-1593
14445927     +Roost,    200 Gate Five Road No 116,    Sausalito CA 94965-1456
14445929      Root Candles,    P O Box 706,   Medina OH 44258-0706
14445934      SBC Smart Yellow Pages,    P O Box 989046,    West Sac CA 95798-9046
14606570     +SBC Yellow Pages,    c/o Bankruptcy Unit,    101 Spear St Rm 534,   San Francisco CA 94105-1559
14445930     +Sangera Automotive Group,    5600 Gasoline Alley Drive,    Bakersfield CA 93313-3737
14445931     +Sangera Properties,    1900 19th Street,    Bakersfield CA 93301-4210
14445933      Santos Col By Opalo,    c o Lyon Collection Services Inc,    330 Seventh Avenue,
               New York NY 10001-5010
14445932      Santos Col By Opalo,    c o John D Carlson,    1522 18th Street Ste 209,   Bakersfield CA 93301-4432
14445935      State Board of Equalization,    1800 39th Street Street,    Bakersfield CA 93301-1922
14445936     +Steohanie Esla,    2125 Wedgemont Place,    Bakersfield CA 93311-2965
14445941      TK Pacific Inc,    c o All-Cal Collection Services,    PO Box 10856,   Bakersfield CA 93389-0856
14445937      The Bakersfield Californian,    P O Box 81015,   Bakersfield CA 93380-1015
```

```
14445938     The Classique Collections,   c o John D Carlson,   1522 18th Street Ste 209,
                Bakersfield CA 93301-4432
14445939     The Raschella Collection,   c o Caine Weiner,   P O Box 8500,   Van Nuys CA 91409-8500
14445940    +Thomsville,   P O Box 339,   Thomsville NC 27361-0339
14445942     Union Bank,   Stockdale Village,   PO Box 512380,   Los Angeles CA 90051-0380
14445943     Union Bank of California,   c/o Loan Recovery Unit M-711,   P O Box 85443,
                San Diego CA 92186-5443
14445944     Venika-Marie Albert,   6774 Washington Street,   Yountville CA 94599-1304
14445945    +Yellow Pages Inc,   c o CRF Solutions,   P O Box 1389,   Simi Valley CA 93062-1389
14445946    +Yellow Transportation,   PO Box 73149,   Chicago IL 60673-7149

The following entities were served by electronic transmission on Jun 13, 2006 and receipt of the transmission
was confirmed on:
smg         +EDI: IRS.COM Jun 13 2006 17:24:00      IRS,   PO Box 21126,   Philadelphia, PA 19114-0326
14445881     EDI: BMWFINANCIAL.COM Jun 13 2006 17:25:00      BMW Financial Services,   P O Box 78103,
                Phoenix AZ 85062-8103
14445881     E-mail: bankruptcynotices@bmwfs.com Jun 13 2006 20:46:34      BMW Financial Services,
                P O Box 78103,   Phoenix AZ 85062-8103
14445883     EDI: CAPITALONE.COM Jun 13 2006 17:25:00      Capital One,   Attn Payment Processing,
                32275 32nd Avenue South,   Federal Way WA 98001-9616
14445885     EDI: CHASE.COM Jun 13 2006 17:25:00      Chase Card Services,   P O Box 94014,
                Palatine IL 60094-4014
14445900     EDI: BANKAMFLEET.COM Jun 13 2006 17:25:00      Fleet Credit Card Services,   P O Box 1070,
                Newark NJ 07101-1070
14620200    +EDI: IRS.COM Jun 13 2006 17:24:00      Department of the Treasury,   Internal Revenue Service,
                PO Box 21126,   Stop N781,   Philadelphia PA 19114-0326
14445916     EDI: CHRYSLER.COM Jun 13 2006 17:25:00      Mercedes Benz Credit,   P O Box 9001921,
                Louisville KY 40290-1921
                                                                                          TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          American Express Bank,   c/o Becket And Lee,   PO Box 3001,   Malvern, PA  19355-0701
                                                                                          TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 15, 2006**                                **Signature:**     *Joseph Speetjens*