2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

wm

In re Robert M. Moseley III ) Case No. 05-61499-A-7
)
)
)
)
Debtor(s) . )

**FILED 02/22/07**
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

## NOTICE OF FEES DUE AND PAYABLE

The following fees are due and payable from the estate of the above-named debtor(s), provided there are sufficient assets available for the trustee, or debtor-in-possession, to make payment.

A. **DEFERRED ADVERSARY PROCEEDING FILING FEE(S)**

| Adversary Proceeding No. and Name | Date Filed | Amount |
|---|---|---|
| 07-01017 - Parker vs. Moseley | 01/23/07 | 250.00 |
| | | |
| | | |
| | | |
| | | |
| | Subtotal: | 250.00 |

B. **OTHER FEES**

| Description | Date | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | Subtotal: | 0.00 |

**TOTAL FEES DUE:** 250.00

To insure proper credit, please return a copy of this notice with your payment.

DATED: 2/22/07

RICHARD G. HELTZEL, CLERK
U.S. Bankruptcy Court
2500 Tulare Street, Suite 2501
Fresno, CA 93721-1318
(559) 499-5800

By: _____
Deputy Clerk

EDC 5-526 (Rev. 12/05)

41

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

CERTIFICATE OF MAILING

The undersigned deputy clerk in the office of the United States Bankruptcy Court for the Eastern District of California hereby certifies that a copy of the document to which this certificate is attached was mailed today to the following entities listed at the address shown on the attached list or shown below.

Steven M. Stanley
1801 Oak St #151
Bakersfield CA 93301

Randell Parker
3820 Herring Rd
Arvin CA 93203

DATED: 02/22/07         By: /s/ William [signature]
                              Deputy Clerk

EDC 3-070 (New 4/21/00)